1 | BENJAMIN B. WAGNER
United States Attorney
2 | PHILIP A. FERRARI
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5
6 | Attorneys for Plaintiff
United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR S 01-0297 JAM |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND RECALL ARREST WARRANT; ORDER |
| v. | |
| ARAM PAKHLOYAN, | |
| Defendant. | |

An indictment was filed in this matter on July 18, 2001, charging the above-referenced defendant with a violation of Title 18, United States Code §§ 1347 and 2 [Health Care Fraud and Aiding and Abetting]. (Docket, #1). An arrest warrant issued on the indictment. (Docket, #4). In the more than ten years which have passed since the indictment issued, law enforcement personnel have been unable to apprehend the defendant, and have reason to believe he is outside the United States. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America seeks the leave of this Honorable Court to dismiss the indictment without prejudice. This motion is based upon the passage of time, limitations of government resources, and the lack of indications the defendant will be apprehended. The United States also respectfully requests that the arrest warrant be recalled.

///

///

MOTION TO DISMISS                     1

1 | Dated: July 24, 2013                BENJAMIN B. WAGNER
United States Attorney

2

3                               /s/ Philip A. Ferrari
PHILIP A. FERRARI
4                               Assistant United States Attorney

5

6

7 **O R D E R**

8 The United States' motion to dismiss is GRANTED and the indictment (Docket, #1) is ordered

9 DISMISSED WITHOUT PREJUDICE.  The arrest warrant (Docket, # 4) is RECALLED.

10 **SO ORDERED:**

11

12 DATED: 7/24/2013           /S/ John A. Mendez
HONORABLE JOHN A. MENDEZ
13                               UNITED STATES DISTRICT COURT JUDGE

MOTION TO DISMISS         2